# LAW OFFICES OF NOLAN KLEIN, P.A.

ATTORNEYS & COUNSELORS

5550 GLADES ROAD, SUITE 500
BOCA RATON, FL 33431
PH: (954) 745-0588

www.nklegal.com

Nolan Klein, Esq.
klein@nklegal.com

July 31, 2025

**VIA ECF**
Honorable Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square, Room 2101
New York, NY 10007

Re:  *Acoustilog, Inc., et al. v. Xperience Bar & Lounge, LLC, et al.*
     SDNY Case No.: 1:25-cv-03721

Dear Judge Garnett,

We represent the Defendants in this case Xperience Bar & Lounge LLC, and Ajay Sarin. There is currently an initial conference scheduled for August 12, 2025 at 9:30 a.m. However, Defendants' deadline to respond to the Complaint is September 5, 2025 (pursuant to a waiver of service recently executed). Defendants respectfully request that the initial conference, and associated deadlines, be rescheduled to a date following Defendants' filing of a response, which we believe will make for a more fruitful conference and more realistic setting of case deadlines. Defendants have conferred with Plaintiff, and there is no objection to this request to adjourn the initial conference.

Thank you for your time and attention to this matter.

Respectfully Submitted,

**Law Offices of Nolan Klein, P.A.**

By:  */s/ Nolan Klein*
     NOLAN KLEIN, ESQ.
     (NK4223)

NKK/amd
cc: Erik M. Bashian, Esq. (via ECF)
    Barbara J. Lipshutz, Esq. (via ECF)

---

Application GRANTED. The Initial Pretrial Conference currently scheduled for August 12, 2025, shall be ADJOURNED to **Tuesday, September 16, 2025, at 9:30 a.m.** The parties' joint letter and proposed Civil Case Management Plan shall be due no later than **September 9, 2025.** The Clerk of Court is respectfully directed to terminate Dkt. No. 18.

SO ORDERED.  Date: 8/1/2025.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE