# LAW OFFICES OF BARBARA J. LIPSHUTZ, PLLC
### 3671 HUDSON MANOR TERRACE, 7K
### BRONX, NY 10463

914-260-7340　　　　　　　　　　　　　　　　　　　　　　BarbaraJLipshutz@yahoo.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　LipshutzLawNYC@gmai.com

September 17, 2025

**VIA ECF**

The Honorable Margaret M. Garnett
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

　　　　Re:　*Acoustilog, Inc., et al. v. Xperience Bar & Lounge, LLC, et al*
　　　　　　　Index No. 25-CV-03721 (MMG) (S.D.N.Y.)

Dear Judge Garnett:

　　　　This firm represents Plaintiffs Acoustilog, Inc. and Alan Fierstein in the above-captioned matter. Pursuant to Your Honor's individual rules, we submit this letter motion respectfully requesting adjournment of the Initial Pre-Trial Conference, currently scheduled for October 14, 2025.

　　　　October 14 is the Jewish holiday of Shemini Atzeret. As an observant Jew, the undersigned counsel does not conduct business, travel, or use electricity, among other things, on such holidays, and is thus unable to participate in the conference. I note, for the court's information, that the next day, October 15, is another holiday, Simchat Torah, and counsel is thus unavailable that day as well. Accordingly, Plaintiffs request a brief adjournment to accommodate counsel's religious practice.

　　　　I have consulted with counsel for Plaintiffs, who does not object to this request.

Respectfully Submitted,

/s/ Barbara J. Lipshutz

Barbara J. Lipshutz
Attorney for Plaintiffs
LipshutzLawNYC@gmail.com

---

**GRANTED.** The October 14, 2025 Initial Pre-Trial Conference is hereby ADJOURNED to **October 16, 2025 at 9:30 a.m.** The Clerk of Court is respectfully directed to terminate Dkt. No. 22.

**SO ORDERED.** Dated September 18, 2025.

*/s/ Margaret M. Garnett*

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE